| From: | Cristal Ascerno <cascerno@yahoo.com> |
|---|---|
| Sent: | Wednesday, September 28, 2022 4:09 PM |
| To: | PAED Documents |
| Subject: | [WARNING: MESSAGE ENCRYPTED]Non Attorney filer Pacer Account |
| Attachments: | 2022-8-23+Ascerno+NRTS+161.pdf |

**CAUTION - EXTERNAL:**

| Account # | 7246308 |
|---|---|
| Account Contact | Cristal Ascerno |

Hello,

I am trying to file a civil suit against former employer. I have attached the letter from EEOC to file within 90 days. Please see below.

I am trying to file before the time limit then get a lawyer to represent me.

Please let me know if there's anything else needed to have a case open.

Thank you,
Cristal Ascerno
2722685749

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1